IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARBARA J. TAYLOR,

           Plaintiff,

v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

           Defendant.

6:12-CV-01017-BR

JUDGMENT

Based on the Court's Opinion and Order (#14) issued June 24, 2013, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 26th day of June, 2013.

           */s/ Anna J. Brown*
           ANNA J. BROWN
           United States District Judge

JUDGMENT