IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARBARA J. TAYLOR,                          6:12-CV-01017-BR

                                                    JUDGMENT

            Plaintiff,

v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

           Defendant.

Based on the Court's Opinion and Order (#14) issued June 24, 2013, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 26th day of June, 2013.

                                                         /s/ Anna J. Brown
                                                         ANNA J. BROWN
                                                          United States District Judge

JUDGMENT